| | |
|---|---|
| 1 | ALEXANDER G. CALFO (SBN 152891) |
|   | *acalfo@btlaw.com* |
| 2 | KELLEY S. OLAH (SBN 245180) |
|   | *kolah@btlaw.com* |
| 3 | **BARNES & THORNBURG LLP** |
|   | 2049 Century Park East, Suite 3550 |
| 4 | Los Angeles, California  90067 |
|   | Telephone:        310-284-3880 |
| 5 | Facsimile:         310-284-3894 |
| 6 | Attorneys for Defendants |
|   | DEPUY ORTHOPAEDICS, INC.; JOHNSON & |
| 7 | JOHNSON SERVICES, INC.; JOHNSON & |
|   | JOHNSON (erroneously sued as "Johnson & Johnson, |
| 8 | Inc."); and YANCEY & ASSOCIATES |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKIE ELSON and RICHARD ROSENBOM | Case No. CV13-1824- JST |
| Plaintiffs, | [PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS |
| v. | JURY TRIAL DEMANDED |
|  | Trial Date:   None Set |
| JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., YANCEY & ASSOCIATES and DOES ONE through ONE HUNDRED, | |
| Defendants. | |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs VICKIE ELSON and RICHARD ROSENBOM and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson,

1

CV13-1824-JST

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1  Inc."), and YANCEY & ASSOCIATES (hereafter collectively "the Parties"); upon consideration of all
2  documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED
3  that:
4      1.    The Parties' request for a stay of proceedings is GRANTED;
5      2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial
6  Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy
7  Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.
8      3.    Deadlines relating to any outstanding responsive pleading are extended pending entry of
9  a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any
10 remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases
11 Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 1, 2013

UNITED STATES DISTRICT JUDGE
HON. JON S. TIGAR

2
CV13-1824- JST
PROPOSED ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS